**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILSON QUINALOA YANZAGUANO, | Case No.:  26cv2614 DMS (MMP) |
| Petitioner, | |
| v. | **ORDER REQUIRING RESPONSE; GRANTING MOTION TO APPOINT COUNSEL** |
| OTAY MESA DETENTION CENTER, | |
| Respondent. | |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus.  (ECF No. 1.) Respondent is hereby ordered to show cause why the Petition should not be granted by filing a written response no later than **May 6, 2026**.  Petitioner may file a reply no later than **May 11, 2026**.

Further, the Court **GRANTS** Petitioner's motion to appoint counsel.  (ECF No. 2.) The Court appoints the Federal Defenders of San Diego, Inc., to represent the Petitioner in this case.  The Court finds that the interests of justice require that the Petitioner, who seeks relief under 28 U.S.C. § 2241, receive representation.  *See* 18 U.S.C. § 3006A(a)(2).

To maintain the status quo, Respondent, its officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the

1

26cv2614 DMS (MMP)

Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance.  The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated:  April 29, 2026

Hon. Dana M. Sabraw
United States District Judge

2

26cv2614 DMS (MMP)